**Order entered October 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00465-CR**

**ROYAL DOUGLAS ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00017-U**

**ORDER**

On October 5, 2022, the Court struck appellant's pro se brief because it contained sensitive data. Before the Court is appellant's October 19, 2022 pro se motion requesting the Court to use rule of appellate procedure 2 to suspend the operation of rules of appellate procedure 9.10(b) and 9.10(a)(3) and redact the sensitive data from appellant's brief. We **DENY** appellant's motion and **GRANT** alternative relief as follows.

We **DIRECT** the Clerk to return to appellant his original brief so that appellant may either redact the sensitive information in the brief by hand and refile it or use it as a guide for preparing an amended brief. We **ORDER** appellant to file the redacted brief or a new amended brief by **November 18, 2022**.

We **DIRECT** the Clerk to transmit a copy of this order to counsel for the State and to mail a copy of this order and the original appellant's brief to Royal Douglas Robinson; TDCJ No. 02066342; Michael Unit; 2664 FM 2054; Tennessee Colony, Texas 75886.

/s/   DENNISE GARCIA
       JUSTICE